UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| GAY CATANIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANDARD LIFE INSURANCE<br>COMPANY OF NEW YORK, et al.<br><br>　　　　　Defendants. | C.A. No. 17-cv-0334 |

## DISMISSAL STIPULATION

Plaintiff and Defendants agree that the Complaint may be dismissed with prejudice, no costs or fees awarded.

| | |
|---|---|
| LAW OFFICE OF TALIA RAVIS, P.A. | HOUSTON HARBAUGH, P.C. |
| /s/ Talia Ravis<br>Talia Ravis, Esquire<br>MO Bar No. 58366<br>9229 Ward Parkway, Suite 370<br>Kansas City, MO  64114<br>(816) 333-8955<br>(800) 694-3016 - Fax<br>travis@erisakc.com<br>*(Counsel for Plaintiff Gay Catania)* | /s/ Amber L. Reiner Skovdal<br>Amber L. Reiner Skovdal, Esquire<br>PA I.D. No. 315998<br>401 Liberty Avenue, 22nd Floor<br>Pittsburgh, PA  15222<br>(412) 281-5060<br>(412) 281-4499 – Fax<br>reineral@hh-law.com<br>*(Counsel for Defendant Standard Life Insurance Company of New York)* |

April 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed with the Clerk of the Court on April 18, 2018, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on all counsel of record.

HOUSTON HARBAUGH, P.C.

/s/ Amber L. Reiner Skovdal
Amber L. Reiner Skovdal
